# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YON KERVIS URDANETA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>　　　　Respondents. | Case No. 1:25-cv-02066-KES-SAB-HC<br><br>ORDER VACATING DECEMBER 31, 2025 BRIEFING SCHEDULE<br><br>(ECF No. 3) |

In light of Petitioner filing a motion for temporary restraining order on January 2, 2026, (ECF No. 5), and the Court's briefing schedule for the motion, (ECF No. 6), the Court HEREBY VACATES the briefing schedule issued on December 31, 2025, (ECF No. 3).

IT IS SO ORDERED.

Dated:   **January 6, 2026**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
STANLEY A. BOONE
United States Magistrate Judge