# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YON KERVIS URDANETA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | Case No. 1:25-cv-02066-KES-SAB-HC<br><br>ORDER DIRECTING PARTIES TO SUBMIT JOINT STATEMENT |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 12, 2026, the Court granted Petitioner's motion for a preliminary injunction, ordered Petitioner released, and referred the matter to the undersigned for further proceedings, including the preparation of findings and recommendations on the petition or other appropriate action. (ECF No. 13.)

The Court HEREBY ORDERS that within **seven (7) days** of the date of service of this order, the parties SHALL meet and confer and submit a joint statement regarding mootness issues, case management, and any proposed briefing schedule.

IT IS SO ORDERED.

Dated:  **January 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1