# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

YON KERVIS URDANETA,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

Case No. 1:25-cv-02066-KES-SAB-HC

FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

## I.

## BACKGROUND

On January 12, 2026, the Court granted Petitioner's motion for a preliminary injunction, ordered Petitioner released from custody, and referred the matter to the undersigned for further proceedings, including the preparation of findings and recommendations on the petition or other appropriate action. (ECF No. 13.) On March 20, 2026, Respondents filed a response to the petition, and Petitioner filed a reply on April 20, 2026. (ECF Nos. 19, 20.)

## II.

## DISCUSSION

The Court previously ordered Respondents to show cause "as to whether there are any factual or legal issues in this case that render it distinguishable from the Court's prior orders . . . and justify denying the motion, or indicate the matter is not substantively distinguishable." (ECF No. 6.) As Respondents had "not identified any relevant factual or legal distinctions between this

case and the Court's prior decisions," the district judge granted a preliminary injunction and ordered Petitioner released "for the reasons stated in those prior orders." (ECF No. 13 at 2.[1])

In the response, Respondents "submit on that earlier opposition." (ECF No. 19 at 2.) Accordingly, the Court will recommend that the petition be granted on the second claim for relief[2] for the reasons stated in the order granting preliminary injunction.

## III.

## RECOMMENDATION

Based on the foregoing, the Court HEREBY RECOMMENDS that the petition for writ of habeas corpus be GRANTED on the second claim for relief.

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within **FOURTEEN (14) days** after service of the Findings and Recommendation, any party may file written objections with the Court, **limited to fifteen (15) pages in length, including any exhibits**. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within fourteen (14) days after service of the objections. The assigned District Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **July 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.
[2] In light of this conclusion, the Court declines to address Petitioner's other claims.